The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY MURRAY f/k/a AMY ROMER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-01587-MJP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Note on Motion Calendar:<br>January 25, 2022 |

This matter is before the Court on Defendant's motion for an extension of time to file an answer or otherwise respond to the complaint. (Dkt. No. 5.) Having reviewed the motion, taking note that it is unopposed, and finding good cause for the requested extension, the Court GRANTS the motion. It is ORDERED that the deadline for the United States to Answer or Respond to Plaintiff's Complaint is extended to April 4, 2022.

Dated this 25th day of January, 2022.

James L. Robart
United States Senior District Judge