The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| AMY MURRAY f/k/a AMY ROMER, | ) | Case No. 2:21-cv-01587-MJP |
| Plaintiff, | ) ) | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | Note on Motion Calendar: March 18, 2022 |

THIS MATTER is before the Court on Defendant's second motion for an extension of time to answer or respond to the Complaint. (Dkt. No. 8.) Taking note the motion is unopposed, the Court finds there is good cause and GRANTS the motion. It is ORDERED that the deadline for the United States to answer or respond to the Complaint is extended to June 3, 2022.

IT IS SO ORDERED.

Dated this 18th day of March, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO EXTEND TIME
(Case No. 2:21-cv-01587-MJP)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632