UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMY MURRAY ,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE NO. 21-1587

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge: On August 4, 2022, the Court entered a Minute Order granting the Parties' request for a 21 day extension to file the Joint Status Report. (Dkt. No. 15.) The Parties were required to file the Joint Status Report by September 12, 2022. (Id.) The Parties having failed to file their updated status report in conformity with that order, therefore,

IT IS ORDERED that the parties must show cause, by no later than **October 5, 2022**, why this matter should not be dismissed for failure to comply with the orders of this Court.

The clerk is ordered to provide copies of this order to all counsel.

Filed September 21, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk